**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Ernesto Rafeal DIAZ–PARRAGUIRRE, Jr., Defendant–Appellant.**

No. 10–60295
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 28, 2010.

James Clayton Joyner, Esq., U.S. Attorney's Office, Oxford, MS, for Plaintiff–Appellee.

Gregory Scott Park, Assistant Federal Public Defender, Federal Public Defender's Office, Oxford, MS, for Defendant–Appellant.

Before WIENER, PRADO, and OWEN, Circuit Judges.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

PER CURIAM: \*

Defendant–Appellant Ernesto Rafeal Diaz–Parraguirre, Jr. (Diaz), a Mexican national, appeals the nine-month sentence he received following his guilty-plea conviction for being found unlawfully in the United States after having been previously deported, in violation of 8 U.S.C. § 1326. He contends that his sentence is unreasonable and that the district court violated Federal Rule of Criminal Procedure 32 by failing to allow him or his counsel to provide information relevant to the mitigation of his sentence.

Diaz has completed his sentence, has been released from custody, and has been removed to Mexico. The appeal of his sentence is therefore moot. *See United States v. Rosenbaum–Alanis*, 483 F.3d 381, 383 (5th Cir.2007). Accordingly, the appeal is DISMISSED.

the limited circumstances set forth in 5TH CIR R. 47.5.4.